■ In the Matter of MICHELLE MORDUE HELMS, an Attorney, Resignor. [6 NYS3d 925]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Apr. 22, 2015.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. BARNES, JR., Appellant. [6 NYS3d 925]——Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Lindley and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL STONE, Appellant. [6 NYS3d 522]—Motion for reargument denied. Present—Scudder, P.J., Smith, Carni, Lindley and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE HAMMOCK, Appellant. [6 NYS3d 522]——Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Carni and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. COKE, Appellant. [6 NYS3d 522]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT A. GRIFFIN, Appellant. [6 NYS3d 523]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRESTON BOYD, Appellant. [6 NYS3d 523]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE SLATER, Appellant. [6 NYS3d 523]—Motion for reargument denied. Present—Scudder, P.J., Centra, Lindley, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIM M. WILSON, Appellant. [6 NYS3d 523]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto and DeJoseph, JJ.